Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 19 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN JOHN LEWIS,<br><br>Defendant. | 2:23-CR-141-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or<br>Impeding an Officer or<br>Employee of the United States |

The Grand Jury Charges:

On or about July 14, 2023, in the Eastern District of Washington, the Defendant, BRIAN JOHN LEWIS, did knowingly and forcibly assault, with physical contact, L.W., an officer of the United States Federal Protective Service, while L.W.

///

///

///

///

INDICTMENT - 1

was engaged in the performance of his official duties, in violation of 18 U.S.C. § 111(a)(1).

DATED this 19TH day of December, 2023.

A TRUE BILL

███████████████

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 2