FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## CHARGES AND PENALTIES

Dec 19, 2023

SEAN F. McAVOY, CLERK

**CASE NAME:** BRIAN JOHN LEWIS          **CASE NO.** 2:23-CR-141-TOR-1

TOTAL # OF COUNTS: 1     ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Federal Officers or Employee of the United States | CAG not more than 8 years; and/or a $250,000 fine; not more than 3 years supervised release; $100 special assessment |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |